# UNITED STATES DISTRICT COURT
## for the
Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 4:02CR70099-004 |
| Clifton Terry | ) USM No: 09544-084 |
| Date of Previous Judgment: May 14, 2003 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

*Clerk's Office U.S. Dist. Court at Lynchburg, VA — FILED APR 25 2008 — JOHN F. CORCORAN, CLERK BY: DEPUTY CLERK*

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___123___ months **is reduced to** ___120 months*___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 63 to 78 months | Amended Guideline Range: | 60** to 63 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
*Defendant's term of imprisonment consists of 60 months on Count 17, plus a statutorily mandated consecutive term of 60 months on Count 18.
**The bottom of the guideline range is a statutory minimum

Except as provided above, all provisions of the judgment dated ___5/14/2003___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 25, 2008

*Judge's signature*

Effective Date: _____
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title